

# DEPARTMENT OF LAW
### OFFICE OF THE CORPORATION COUNSEL
CITY OF SYRACUSE, MAYOR BEN WALSH

**Corporation Counsel**
Susan R. Katzoff

**First Assistant Corporation Counsel**
Joseph W. Barry III

**Senior Corporation Counsel**
Amanda R. Harrington
Todd M. Long
Meghan E. Ryan

**First Assistant Senior Corporation Counsel**
John C. Black Jr.
Catherine E. Carnrike
Danielle B. Pires
Danielle R. Smith

**Assistant Corporation Counsel**
Darienn P. Balin
Robert P. Carpenter
John J. Connor
Heather Davis
Valerie T. Didamo
Meira N. Hertzberg
Solomon Landsberg
Trevor McDaniel
Conor Rourke
Connor Simonetta
Akira Tomlinson
Zachary A. Waksman

**Department of Law Office of Corp. Counsel**
233 E. Washington St.
City Hall, Room 300
Syracuse, N.Y. 13202

Office   315 448-8400
Housing 315 448-8409
Fax      315 448-8381
Email    law@syr.gov

www.syr.gov

November 21, 2025

**SENT ELECTRONICALLY BY CM/ECF**
Hon. Therese Wiley Dancks, U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse New York 13261-7346

RE:   *Davonne Beckwith v. City of Syracuse, et al.*
      Federal Civil Action No. 5:21-cv-809-GLS-TWD

Dear Judge Dancks:

I represent Defendants City of Syracuse, Detective Terell Irvine, and Police Officer Jacob Breen in this matter. I write to provide the Court with a status report regarding settlement negotiations. Plaintiff conveyed a settlement demand to Defendants on November 17, 2025, and Defendants countered on November 21, 2025.

We thank Your Honor for your willingness to assist the Parties in attempting to reach a resolution of this matter through mediation. However, at this time the Parties agree that the chasm between Plaintiff's demand and Defendants' valuation of the case is too wide to bridge and that mediation would not be fruitful. If the Court would like additional specifics regarding the negotiations Defendants would be happy to provide them.

Thank you very much for your consideration.

Respectfully submitted,

*/s/ Darienn P. Balin*
Darienn P. Balin, Esq.
Assistant Corporation Counsel
Federal Bar Roll Id. 703851

CC:   All Counsel of Record electronically *via* CM/ECF

*Service of papers or process by facsimile or other electronic method is not acceptable.*