# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

DAVONNE BECKWITH,

               PLAINTIFF,

v.

THE CITY OF SYRACUSE, ET AL.,

               DEFENDANTS.

Case No. 5:21-cv-809 (ECC/TWD)

**PLAINTIFF'S PROPOSED VERDICT SHEET**

## PART ONE–LIABILITY

### MALICIOUS PROSECUTION

1. **Did Plaintiff demonstrate that Officer Breen is liable for malicious prosecution in connection with any of the following criminal charges brought against him: Possession of Heroin, Possession of Cocaine, or Possession of Marijuana?**

    Yes _____    No _____

2. **Did Plaintiff demonstrate that Officer Breen is liable for malicious prosecution in connection with the Perjury charge brought against him?**

    Yes _____    No _____

3. **Did Plaintiff demonstrate that Detective Irvine is liable for malicious prosecution in connection with any of the following criminal charges brought against him:  Possession of Heroin, Possession of Cocaine, or Possession of Marijuana?**

    Yes _____    No _____

4. **Did Plaintiff demonstrate that Officer Breen is liable for malicious prosecution in connection with the Perjury charge brought against him?**

     Yes _____     No _____

### DENIAL OF RIGHT TO FAIR TRIAL/FABRICATION OF EVIDENCE

5. **Did Plaintiff demonstrate that Officer Breen is liable for fabrication of evidence in connection with any of the following criminal charges brought against him:  Possession of Heroin, Possession of Cocaine, or Possession of Marijuana?**

     Yes _____     No _____

6. **Did Plaintiff demonstrate that Officer Breen is liable for fabrication of evidence in in connection with the Perjury charge brought against him?**

     Yes _____     No _____

7. **Did Plaintiff demonstrate that Detective Irvine is liable for fabrication of evidence in connection with any of the following criminal charges brought against him:  Possession of Heroin, Possession of Cocaine, or Possession of Marijuana?**

     Yes _____     No _____

8. **Did Plaintiff demonstrate that Officer Irvine is liable for fabrication of evidence in connection with the Perjury charge brought against him?**

     Yes _____     No _____

**If you answered "Yes" to any of the prior questions, proceed to Question 9.  If you did not answer "Yes" to any of the prior questions, proceed no further and report your verdict to the Court.**

## PART TWO–DAMAGES

### COMPENSATORY DAMAGES

9. **What amount of compensatory damages do you award to Plaintiff for the violation of his civil rights?**

       $ _____

### PUNITIVE DAMAGES

10. **Were the actions of either of the following defendants egregious enough to justify an award of punitive damages?  If so, what amount of punitive damages do you award?**

     a.  Jacob Breen

          Yes _____    No _____        Amount $_____

     b.  Terrel Irvine

          Yes _____    No _____        Amount $_____


**YOU HAVE REACHED A VERDICT. YOUR DELIBERATIONS ARE COMPLETE. THE FOREPERSON SHOULD SIGN AND DATE THIS VERDICT SHEET IN THE SPACES PROVIDED BELOW.**


Date _____                    _____
                                     Foreperson Signature

                                     _____
                                     Foreperson Name (Printed)