# Exhibit "A"

**Status Key**
N = Sensitive
J = Juvenile
S = Sealed
C = DR Changed

## Combined Report Summary

| # | DR Nbr | Status | Type | Agy | Officer | Insert Date |
|---|--------|--------|------|-----|---------|-------------|
| 1 | 10-176734 | | 15 | CYP | ROBERT RIPLEY | 3/4/2010 |
| 2 | | | 12 | CYP | | 12/15/2010 |
| 3 | | | 12 | CYP | | 3/9/2010 |
| 4 | | | TT | CYP | | 3/24/2011 |

**CNYLEADS Report Cover Page**

Agency Name
**Syracuse Police Department**

Incident Complaint Number
**10-176734**

Related DR Number
**-**

Incident Type
**SUSV**

Officer Name
**Robert Ripley**

Select Page(s) to use & go to page | Select Page(s)

- ☒ **INCIDENT PAGE**
- ☒ **INVOLVED PERSONS 3-5** ☒
- ☐ **INVOLVED PERSONS 6-8** ☐
- ☐ **VEHICLE PAGE** ☐
- ☒ **PROPERTY PAGE** ☒
- ☐ **MISSING PERSON PAGE** ☐
- ☒ **OFFENSE PAGE** ☒
- ☒ **NARRATIVE PAGE 1** ☒
- ☐ **NARRATIVE PAGE 2** ☐
- ☐ **NARRATIVE PAGE 3** ☐
- ☐ **NARRATIVE PAGE 4** ☐

Page **1** of **6**

Printed by HELTERLINE0171 on 01/16/26 at 13:44:53

# CNYLEADS Incident Report
Form 36 (Rev. 2/07)

## Incident

| Field | Value |
|---|---|
| Agency Name | Syracuse Police Department |
| ORI | NY0330100 |
| Location Code | 3401 |
| Beat | 451 |
| 1. DR Number | 10-176734 |
| 2. Incd. Address Num | 801 |
| Street Name | James |
| Street Type | ST |
| 3. City | Syracuse |
| 4. State | NY |
| 5. Zip | 13208 |
| 6. Incident Type | SUSV |
| 7. Premise Name | Chase Bank |
| 9. Occurred Date/Time | 03/04/2010 04:29 |
| 11. Disp. Address Num | 801 |
| Street Name | James |
| Street Type | ST |
| 12. City | Syracuse |
| 13. Dispatched Date/Time | 03/04/2010 04:29 |

NC DENT CODE: A 77  B 77  C 77  D 48  E 77  F 77  G 77  H 0  I 77  J 77  K 77  L 77  M 77

## Involved Person 1

- 1. Person Type: VI
- 2. Victim Type: Society
- 5. Business Name: State of New York
- 17. City: Syracuse
- 39. Subject description actions etc: VI of CPCS and UPM

## Involved Person 2

- 1. Person Type: AR
- 4. Last: Beckwith
- First: Davonne
- 7. Race: B
- 8. Ethnicity: N
- 9. Sex: M
- 11. Age: 28
- 12. Height: 5' 09"
- 13. Weight: 220
- 14. Hair: BLK
- 15. Eye: BRO
- 17. City: Syracuse
- 18. State: NY
- 20. Resident Status: Resident
- 26. Skin: D
- 32. City: Syracuse
- 35. Apparent Condition: Impaired Drugs
- 36. Handicapped: N
- 37. Nature of Ill/Inj: 77
- 38. Med Treatment: 07
- 39. Subject description, actions, etc: Possessed crack and Marihuana

## Property 1

| Field | Value |
|---|---|
| 1. Owner | Person 2 |
| 2. Status | 06 |
| 3. Desc. Code | 26 |
| 4. Quantity | 01 |
| 5. Measure | GM |
| 6. Item | $50 US Currency containing Beige Chunky Sub. |
| 8. Drug Type | 11 |
| 13. Value | $ 50.00 |

## Vehicle

| Field | Value |
|---|---|
| 1. Code | 03 |
| 2. Plate # | EWX2317 |
| 3. State | NY |
| 4. Expiration | 01/31/2012 |
| 5. Reg. Type | PC |
| 6. Imp. Plate | N |
| 8. # Occ. | 02 |
| 9. Year | 1998 |
| 10. Make | Buick |
| 11. Model | Regal |
| 12. Style | 4D |
| 13. Color | GRN |
| 14. Vehicle Value | 100.00 |
| 15. Damage Est. | 0.00 |
| 16. Weapon in Veh | N |
| 17. NCIC Ck | Neg |
| 18. Vehicle Description/Damage | N/A |
| 19. Towed | N |

## Signs Of

- 1. REPORT STATUS: Closed
- 2. CLOSED BY: Arrest
- 3. CLEARED AGES: 18 & Over
- 7. TIME: 825
- 12. PRINT NAME: Robert Ripley
- 13. D#: 0450
- 14. SIGNATURE: Electronically Signed
- 15. SUPERVISOR NAME (PRINT): Sgt Liberatore
- 16. D#: 0378
- 17. APPROVED BY SIGNATURE: Approved Electronically

Page 2 of 6

Printed by HELTERLINE0171 on 01/16/26 at 13:44:53

# CNYLEADS Involved Persons Supplement

DR # **10-176734**

## Involved Person 3

| 1 Person Type | 2. Victim Type | 3. Notified of Victim Rights | 4. Last | First | MI | Suffix | 5. Business Name |
|---|---|---|---|---|---|---|---|
| OI | | | Handy | Ursula | | | |

| 6. Alias/Nickname/Maiden Name | 7. Race | 8. Ethnicity | 9. Sex | 10. DOB | 11. Age | 12. Hgt | 13. Wgt | 14. Hair | 15. Eye |
|---|---|---|---|---|---|---|---|---|---|
| | B | N | F | [redacted] | 40 | 5' 07" | 155 | BLK | BRO |

| 16. Address:Num | Prefix | Street Name | Street Type | Suffix | Bldg. | APT# | 17. City | 18. State |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | [redacted] | | | | | E Syracuse | NY |

| 19. Zip | 20. Resident Status | 21. Home Phone | 22. Cell Phone | 23. Soc. Sec. # | 24. Scars/Marks/Tattoos |
|---|---|---|---|---|---|
| | Resident | ( ) - | ( ) - | | |

| 25. Describe | 26. Skin | 27. Eyewear | 28. Employer/School |
|---|---|---|---|
| | D | | |

| 29. Work Phone | 30. Occupation | 31. Address Num | Prefix | Street Name | Street Type | Suffix |
|---|---|---|---|---|---|---|
| ( ) - | | | | | | |

| Bldg. | Suite# | 32. City | 33. State | 34. Zip | 35. Apparent Condition | 36. Handicapped | 37. Nature of Il/Inj | 38. Med Treatment |
|---|---|---|---|---|---|---|---|---|
| | | Syracuse | | | Impaired Drugs | N | 77 | 07 |

39. Subject description, actions, etc: **Passenger in vehicle**

## Involved Person 4

| 1 Person Type | 2. Victim Type | 3. Notified of Victim Rights | 4. Last | First | MI | Suffix | 5. Business Name |
|---|---|---|---|---|---|---|---|
| OI | | | Richards | Venessa | K | | |

| 6. Alias/Nickname/Maiden Name | 7. Race | 8. Ethnicity | 9. Sex | 10. DOB | 11. Age | 12. Hgt | 13. Wgt | 14. Hair | 15. Eye |
|---|---|---|---|---|---|---|---|---|---|
| | B | N | F | [redacted] | 23 | ' " | | BLK | BRO |

| 16. Address Num | Prefix | Street Name | Street Type | Suffix | Bldg. | APT# | 17. City | 18. State |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | [redacted] | | | | | Syracuse | NY |

| 19. Zip | 20. Resident Status | 21. Home Phone | 22. Cell Phone | 23. Soc. Sec. # | 24. Scars/Marks/Tattoos |
|---|---|---|---|---|---|
| | Resident | ( ) - | ( ) - | | |

| 25. Describe: | 26. Skin | 27. Eyewear | 28. Employer/School |
|---|---|---|---|
| | D | | |

| 29. Work Phone | 30. Occupation | 31. Address Num | Prefix | Street Name | Street Type | Suffix |
|---|---|---|---|---|---|---|
| ( ) - | | | | | | |

| Bldg. | Suite# | 32. City | 33. State | 34. Zip | 35. Apparent Condition | 36. Handicapped | 37. Nature of Il/Inj | 38. Med Treatment |
|---|---|---|---|---|---|---|---|---|
| | | Syracuse | | | Normal | N | 77 | 07 |

39. Subject description, actions, etc: **Registered owner of vehicle**

## Involved Person 5

| 1 Person Type | 2. Victim Type | 3. Notified of Victim Rights | 4. Last | First | M | Suffix | 5. Business Name |
|---|---|---|---|---|---|---|---|
| OI | | | Gunter | Belinda | | | |

| 6. Alias/Nickname/Maiden Name | 7. Race | 8. Ethnicity | 9. Sex | 10. DOB | 11. Age | 12. Hgt | 13. Wgt | 14. Hair | 15. Eye |
|---|---|---|---|---|---|---|---|---|---|
| | B | N | F | [redacted] | 41 | 5' 05" | 140 | BLK | BRO |

| 16. Address:Num | Prefix | Street Name | Street Type | Suffix | Bldg. | APT# | 17. City | 18. State |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | [redacted] | | | | | Syracuse | NY |

| 19. Zip | 20. Resident Status | 21. Home Phone | 22. Cell Phone | 23. Soc. Sec. # | 24. Scars/Marks/Tattoos |
|---|---|---|---|---|---|
| | Resident | ( ) - | ( ) - | [redacted] | |

| 25. Describe | 26. Skin | 27. Eyewear | 28. Employer/School |
|---|---|---|---|
| | | | |

| 29. Work Phone | 30. Occupation | 31. Address Num | Prefix | Street Name | Street Type | Suffix |
|---|---|---|---|---|---|---|
| ( ) - | | | | | | |

| Bldg. | Suite# | 32. City | 33. State | 34. Zip | 35. Apparent Condition | 36. Handicapped | 37. Nature of Il/Inj | 38. Med Treatment |
|---|---|---|---|---|---|---|---|---|
| | | Syracuse | | | | | | |

39. Subject description, actions, etc: **Identified by Handy as crack dealer**

---

*False Statements made herein are punishable as a Class A Misdemeanor pursuant to 210.45 NYSPL AFF RMED UNDER PENALTY OF PERJURY*

| PRINT NAME | D# | SIGNATURE | SUPERVISOR NAME (PR NT) | D# | APPROVED BY SIGNATURE |
|---|---|---|---|---|---|
| Robert Ripley | 0450 | Electronically Signed | Sgt Liberatore | 0378 | Approved Electronically |

Page 3 of 6

Form 3.5I (Rev 2/07)

Printed by HELTERLINE0171 on 01/16/26 at 13:44:53

| **CNYLEADS Property Supplement** | | | | | DR # **10-176734** | | Total $ **52.00** |
|---|---|---|---|---|---|---|---|

| | 1. OWNER | 2. STATUS | 3. DESC. CODE | 4. QUANTITY | 5. MEASURE | 6. ITEM | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Prop 2** | **Person 2** | **06** | **01** | **01** | | **$5 US Currency containing wht powdery sub** | | | |
| | 7. MAKE | 8. DRUG TYPE **11** | 9. MODEL | | 10. SERIAL NUMBER | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE **1.00** |
| **Prop 3** | 1. OWNER **Person 2** | 2. STATUS **06** | 3. DESC. CODE **11** | 4. QUANTITY **01** | 5. MEASURE | 6. ITEM **Clear piece of plastic containing wht powdery sub.** | | | |
| | 7. MAKE | 8. DRUG TYPE **11** | 9. MODEL | | 10. SERIAL NUMBER | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE **1.00** |
| **Prop 4** | 1. OWNER | 2. STATUS | 3. DESC. CODE | 4. QUANTITY | 5. MEASURE | 6. ITEM | | | |
| | 7. MAKE | 8. DRUG TYPE | 9. MODEL | | 10. SERIAL NUMBER | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE |
| **Prop 5** | 1. OWNER | 2. STATUS | 3. DESC. CODE | 4. QUANTITY | 5. MEASURE | 6. ITEM | | | |
| | 7. MAKE | 8. DRUG TYPE | 9. MODEL | | 10. SERIAL NUMBER | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE |
| **Prop 6** | 1. OWNER | 2. STATUS | 3. DESC. CODE | 4. QUANTITY | 5. MEASURE | 6. ITEM | | | |
| | 7. MAKE | 8. DRUG TYPE | 9. MODEL | | 10. SERIAL NUMBER | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE |
| **Prop 7** | 1. OWNER | 2. STATUS | 3. DESC. CODE | 4. QUANTITY | 5. MEASURE | 6. ITEM | | | |
| | 7. MAKE | 8. DRUG TYPE | 9. MODEL | | 10. SERIAL NUMBER | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE |
| **Prop 8** | 1. OWNER | 2. STATUS | 3. DESC. CODE | 4. QUANTITY | 5. MEASURE | 6. ITEM | | | |
| | 7. MAKE | 8. DRUG TYPE | 9. MODEL | | 10. SERIAL NUMBER | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE |
| **Prop 9** | 1. OWNER | 2. STATUS | 3. DESC. CODE | 4. QUANTITY | 5. MEASURE | 6. ITEM | | | |
| | 7. MAKE | 8. DRUG TYPE | 9. MODEL | | 10. SERIAL NUMBER | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE |
| **Prop 10** | 1. OWNER | 2. STATUS | 3. DESC. CODE | 4. QUANTITY | 5. MEASURE | 6. ITEM | | | |
| | 7. MAKE | 8. DRUG TYPE | 9. MODEL | | 10. SERIAL NUMBER | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE |
| **Prop 11** | 1. OWNER | 2. STATUS | 3. DESC. CODE | 4. QUANTITY | 5. MEASURE | 6. ITEM | | | |
| | 7. MAKE | 8. DRUG TYPE | 9. MODEL | | 10. SERIAL NUMBER | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE |
| **Prop 12** | 1. OWNER | 2. STATUS | 3. DESC. CODE | 4. QUANTITY | 5. MEASURE | 6. ITEM | | | |
| | 7. MAKE | 8. DRUG TYPE | 9. MODEL | | 10. SERIAL NUMBER | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE |
| **Prop 13** | 1. OWNER | 2. STATUS | 3. DESC. CODE | 4. QUANTITY | 5. MEASURE | 6. ITEM | | | |
| | 7. MAKE | 8. DRUG TYPE | 9. MODEL | | 10. SERIAL NUMBER | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE |
| **Prop 14** | 1. OWNER | 2. STATUS | 3. DESC. CODE | 4. QUANTITY | 5. MEASURE | 6. ITEM | | | |
| | 7. MAKE | 8. DRUG TYPE | 9. MODEL | | 10. SERIAL NUMBER | 11. GUN TYPE | 12. GUN CALIBER | 13. VALUE |

*False Statements made herein are punishable as a Class A Misdemeanor pursuant to 210.45 NYSPL AFFIRMED UNDER PENALTY OF PERJURY*

Administrative Use Only

Page **4** of **6**

| PRINT NAME | D# | SIGNATURE | SUPERVISOR NAME (PRINT) | ID# | APPROVED BY SIGNATURE |
|---|---|---|---|---|---|
| **Robert Ripley** | **0450** | **Electronically Signed** | **Sgt Liberatore** | **0378** | **Approved Electronically** |

Form 3.5P (Rev 2/07)

Printed by HELTERLINE0171 on 01/16/26 at 13:44:53

**CNYLEADS**

Offense Page

DR # **10-176734**

Page 5

| | 1. Law Type | 2. Section | 3. Sub | 4. Class | 5. Cat. | 6. Degree | 7. Attempt | 8. Offense Name | 9. Count |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **PL** | **22003** | **00** | **A** | **M** | **7** | **N** | **CPCS** | **01** |
| 2 | **PL** | **22105** | **00** | | **V** | | **N** | **UPM** | **01** |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |

OFFENSE

*False Statements made herein are punishable as a Class A Misdemeanor pursuant to 210.45 NYSPL AFF RMED UNDER PENALTY OF PERJURY*

| PR NT NAME | D# | SIGNATURE | SUPERVISOR NAME (PRINT) | ID# | APPROVED BY SIGNATURE |
|---|---|---|---|---|---|
| **Robert Ripley** | **0450** | **Electronically Signed** | **Sgt Liberatore** | **0378** | **Approved Electronically** |

Administrative Use Only

Page 5 of 6

Form 3.5R (Rev 2/07)

Printed by HELTERLINE0171 on 01/16/26 at 13:44:53

## CNYLEADS Narrative Supplement

| AGENCY | | | | | | DR # |
|---|---|---|---|---|---|---|
| Syracuse Police Department | | | | | | 10-176734 |
| Person Type | Last Name | First | MI | Suffix | Business Name | |
| VI | | | | | State of New York | |

On Thursday, 4Mar10, at approximately 0429hrs, while assigned to Unit 451A, I was patrolling my assigned territory when I observed a 1998 Buick Regal, color green, bearing NY registration EWX2317, parked in the 500 block of Catherine St.

I know this area is heavily populated with individuals who, use, purchase, and sell illegal narcotics. The vehicle was parked for several minutes and then left the area. The vehicle turned left on to E. Willow St and continued east for approximately one block. I followed the vehicle until it turned in to the parking lot of 801 James St. (Chase Bank). I found this top be suspicious due to the fact that it was 0430 and the bank is not open for business at this hour. I passed the parking lot and positioned myself near the intersection of E. Willow St and Highland St. to determine whether the driver was going to utilize the ATM. I observed the driver get out of the vehicle and then look around as if he was trying to determine my location. The driver then got back in to the vehicle and the vehicle did not move from its position in the parking lot for several minutes. Due to the fact that the bank was closed and no occupants of the vehicle were utilizing the ATM my suspicions were heightened.

I approached the vehicle and illuminated it with my spot light. I observed the driver of the vehicle, later identified as Davonne Beckwith making furtive movements with his hands as though he was trying to conceal an object in his front left pants pocket. For fear that Beckwith may be in possession of a weapon I ordered him and the front seat passenger of the vehicle, Ursula Handy, to show me their hands. I called out my location and several units began to arrive on scene to assist. Handy complied but Beckwith had and object pinched between his left index finger and thumb. I ordered Beckwith to drop what he had in his hand at which point I observed a clear piece of plastic containing a white powdery substance fall from Beckwith's hand and in between the front passenger seat and center console. I recognized this piece of plastic to be consistent with packaging that is commonly used for "crack" cocaine. Unit 441A, Ofc. Damon removed Beckwith from the vehicle and placed him in to handcuffs. A search of Beckwith revealed a $50 US Currency folded up in his front left pocket. The bill contained a portion of beige chunky substance. I have been trained at the police academy in the identification of illegal substances and the administration of the various field test kits to test for illegal substances. Based upon this training and experience, including 2 years in the field and several drug arrests, I recognized the the substance to be consistent with crack cocaine and administered the Narco pouch 904B reagent field test which resulted in a positive reaction for the presence of cocaine. Beckwith was also in possession of a $5 US Currency which also contained a white powdery substance. Beckwith advised that he already used the narcotics contained within the folded $5 bill. A brown cigar wrap was also located in Beckwith's front left pants pocket which contained a greenish brown plant like material. I recognized the the substance to be Marihuana and administered the 908 Duquenois Levine reagent field test which resulted in a positive reaction for the presence of Marihuana.

Handy was also removed from the vehicle and a search of her person was performed. Handy advised that she was not in possession of any narcotics. Handy advised that Beckwith purchased the narcotics at an apartment in the 500 block of Catherine St. Handy could not remember the apartment number but advised the individual selling the narcotics was Belinda Gunter (DOB ▮▮▮▮▮▮). This officer is familiar with Gunter and I know her to reside at ▮▮▮▮▮▮▮▮▮.

The registered owner of the vehicle, Vanessa Richards, arrived on scene and took possession of the vehicle.
Handy was released without incident.
Beckwith was transported to the Justice Center via Unit 452A, and lodged on CPCS 7th and UPM.
All evidence was secured in the PSB Vault.
Unit 412A, Sgt. Croft was on scene and Notified.
Case Closed/Arrest.

| False Statements made herein are punishable as a Class A Misdemeanor pursuant to 210.45 NYSPL AFFIRMED UNDER PENALTY OF PERJURY | | | Administrative Use Only | | | Page | 6 |
|---|---|---|---|---|---|---|---|
| PR NT NAME | ID# | SIGNATURE | SUPERVISOR NAME (PR NT) | D# | APPROVED BY SIGNATURE | of | |
| Robert Ripley | 0450 | Electronically Signed | Sgt Liberatore | 0378 | Approved Electronically | | 6 |

Form 3 5N (Rev. 2/07)

Printed by HELTERLINE0171 on 01/16/26 at 13:44:53

# New York State ARREST REPORT

| Field | Value |
|---|---|
| 1. NYSID No. | |
| 2. OBTS No. | |
| 3. Case No. | 10-176734 |
| 4. Ref No. | 011 |
| 5. FBI No. | |
| 6. Arrest No. | |
| 7. Agency | [illegible] Police |
| 8. Division/Precinct | Wawarsing |
| 9. Name (Last, First, Middle) | Beckwith, Davonne L |
| 10. Alias / Nickname / Maiden Name | |
| 11. Phone Number | 214-8714 |
| 12. Street Number and Name | [redacted] |
| 13. City, State, Zip | [illegible] NY |
| 14. Residence Status | Resident |
| 15. Place of Birth | [illegible] |
| 16. Date of Birth | [redacted] |
| 17. Age | 29 |
| 18. Sex | M |
| 19. Race | Black |
| 20. Ethnic | Non Hispanic |
| 21. Skin | Dark |
| 22. Height | 5' 9" |
| 23. Weight | 230 |
| 24. Hair | Blk |
| 25. Eyes | Brw |
| 26. Glasses | No |
| 27. Build | Large |
| 28. Marital Status | Single |
| 29. U.S. Citizen | Yes |
| 31. Social Security No. | [redacted] |
| 32. Education | 11 |
| 33. Religion | Prot |
| 34. Occupation | none |
| 35. Employed | No |
| 37. Arresting Officer | Berklin |
| 38. ID No. | 109 |
| 39. Assisting Officer | Reilly / Fongo |
| 40. ID No. | 358 / 774 |
| 41. Arrest Date | 12/7/10 |
| 42. Time | 1101 |
| 43. Location of Arrest | 303 Putnam Ct |
| 44. Juvenile | No |
| 45. Condition at Arrest | App Normal |
| 48. Miranda | No |
| 52. Statements | None |
| 53. Status | Bail/ROR |
| 54. Search Warrant | No |
| 55. ID Procedure | None |
| 56. Arraignment Court | [illegible] |
| 57. Arraignment Judge | Pre |
| 62. Incident No. | 01-10-176734 |
| 63. Arrestee Status | Held |
| 67. Arrest Type | BW |

### Charge Information

| 83. Law Article & Section | SUB | CL | CAT | DEG | ATT | Name of Offense | CTS |
|---|---|---|---|---|---|---|---|
| PL 220.03 | A | M | | 7th | | C.P.C.S. | 1 |
| PL 221.05 | | V | | | | U.P.M. | 1 |

Additional notes: TT 6195, Neg, 74704

### Associated Persons

| Type | Name | City, State, Zip | Phone |
|---|---|---|---|
| A2 | Hicks, Danielle | [illegible] NY | 214-8714 |
| PA | Murray, Julian | [illegible] NY | 214-8714 |

### 85. Narrative

On the above D/T arrested the above person at 303 Putnam Ct on the above warrant.

86. Arresting Officer's Signature: Berklin   87. ID No. 109
88. Supervisor's Signature: Reilly / Fongo   91. 358   92. 774
90. Arrest Made As A Result Of a SAFIS Latent Print Identification? No

# New York State ARREST REPORT

**CENTRAL RECORDS**

| Field | Value |
|---|---|
| 3. Case No. | 10-176734 |
| 7. Agency | Syracuse Police |
| 8. Division/Precinct | Patrol 1 |
| 9. Name (Last, First, Middle) | Beckwith, Davonne |
| 10. Alias / Nickname | Garrette, Vone |
| 13. City, State, Zip | Syracuse, NY 13208 |
| 14. Residence Status | Resident |
| 17. Age | 28 |
| 18. Sex | M |
| 19. Race | Black |
| 20. Ethnic | Non Hispanic |
| 21. Skin | Dark |
| 22. Height | 5'9" |
| 23. Weight | 220 |
| 24. Hair | Blk |
| 25. Eyes | Brn |
| 27. Build | Large |
| 28. Marital Status | Single |
| 29. U.S. Citizen | Yes |
| 35. Employed | No |
| 37. Arresting Officer | N. Ripley |
| 38. ID No. | 450 |
| 39. Assisting Officer | D. Luckett |
| 40. ID No. | 366 |
| 42. Time | 0435 |
| 43. Location of Arrest | 801 James St, Syr, NY |
| 45. Condition | Impaired Drugs |
| 56. Arraignment Court | City Crim |
| 57. Arraignment Judge | Presiding |
| 58. Date | 3/4/10 |
| 59. Time | 930 |
| 62. Incident No. | 10-176734 |
| 63. Arrestee Status | Held |
| 67. Arrest Type | CIP |
| 72. Location of Offense | City Syr, County Onon |
| 73. Offense Date | 3/4/10 |
| 74. No. Offenders | 01 |
| 75. No. Victims | 01 |

## Charges

| Law | Article & Section | SUB | CL | CAT | DEG | ATT | Name of Offense | CTS |
|---|---|---|---|---|---|---|---|---|
| PL | 22003 | - | A | M | 7 | N | CPCS | 01 |
| PL | 22105 | - | - | V | - | N | UPM | 01 |

Neg/1062
73877

## Narrative

On above date, time, and location, the defendant was arrested on above charge. Files Neg., Backseat Neg. Unit 412A, Sgt Croft Notified

| 87. ID No. | 450 |
| 89. ID No. | 378 |
| 92. | 366 |

10-176734

```
DSYR WCAN AP30 APTS
00015      FILE 05    SYRACUSE PD    NY0330100              MAR 21-11           CANCEL
TO         APB

VOID

WANTED PERSON CANCELLATION
:MKE/*:ORI/NY0330100:NAM/BECKWITH,DAVONNE J
:OCA/10176734    :RSN/Z.

ADDITIONAL COMMENTS RECALLED BY JUDGE MCMAHON


AUTH PO A NAYLOR
WARRANT OFFICER 1127 HRS                  PO VJHASTY 10-176734
Log record ID: 03/21/11 11:28:47.91
Received by HASTY


N 1128-1128 03/21/11   MSGID# e9c6cb25-53cf-11e0-8b9f-b2b2b2b2b2b2    PART 1 OF 1
NYIS WCAN DSYR
ACK
NY0330100

DCJS CANCEL RESULTS

CANCELLED FROM FILE - FILE 5
```

Printed by HELTERLINE0171 on 01/16/26 at 13:44:53

```
DSYR WENT AP30 APTS
00011      FILE 05     SYRACUSE PD      NY0330100           MAR 17-11
TO         APB


:MKE/*  :ORI/NY0330100:NAM/BECKWITH,DAVONNE J          :SEX/M
:RAC/B:DOB,           :SID/*       :CCH/*:SOC/*
:POB/*  :HGT/509:WGT/230:EYE/BRO:HAI/BLK:SKN/*
:LCD/PL 22003:LCT/M:OFF/3599:EXT/D:RCV/*:PFL/*:VIC/*:RSP/*
:OCA/10176734    :WTP/2:WAR/10176734 :DKT/*        :DOW/031711
:MIS/10-176734 WAREX F/CPCS 7TH/  EXTR ALSO TROOPS C AND E
 CONTACT WARR SQUAD    315 442-5222
:FBI/*          :MNU/*           :SMT/*        :FPC/*
:OLN/*                     :OLS/* :OLY/*
:LIC/*      :LIS/* :LIY/* :LIT/*
:VIN/*              :VYR/* :VMA/*    :VMO/*  :VST/* :VCO/*
ADDITIONAL COMMENTS




AUTH /SENT PO AM NAYLOR                          10-176734
Log record ID: 03/17/11 19:59:31.45
Received by NAYLOR



N 1959-1959 03/17/11  MSGID# 3ca24542-50f2-11e0-8b9f-b2b2b2b2b2b2  PART 1 OF 1
NYIS WENT APTS
ACK
NY0220100


DCJS ENTRY RESULTS

ENTERED ON FILE - FILE 5


MKE/WANTED PERSON
ORI/NY0220100 - WATERTOWN CITY POLICE DEPARTMENT - (315)782-2233
NAM/BEUTEL,ALEXISA M       SEX/F  RAC/W   DOB/              SID/.
SOC/  POB/.  HGT/502  WGT/160  EYE/BLU  HAI/BLN  SKN/.  SMT/
RCV/.  PFL/.  VIC/.  RSP/.
DKT/.
NYS LAW CODE/PL 14500  LAW CAT/M  NCIC OFF/2999 - DAMAGE PROPERTY
OOC/.
OCA/DWTN000289   WARRANT NO/.
WARRANT TYPE/1 - ARREST WARRANT
WARRANT STATUS/01 - ISSUED - A WARRANT HAS BEEN SIGNED BY AN EMPOWERED AUTHORITY
DOW/2011-03-10
EXT/S - THE WANTING AGENCY HAS INDICATED IT WILL EXTRADITE WITHIN THE COUNTY IN
WHICH IT IS LOCATED AND ADJACENT COUNTIES.
SHORTENED PATTERN/.
FBI/.
MIS/
WPR/2820870  NIC/.  DTE/2011-03-17
MNU/.
FPC/.
DNA/.
DNA LOCATION/.
```