UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Davonne Beckwith,

                *Plaintiff,*

- v -

City of Syracuse, Detective Terrell Irvine, and Patrol Officer Jacob Breen,

                *Defendant*s.

Civil Action No.: 5:21-cv-809 (ECC/TWD)

Hon. Elizabeth C. Coombe, United States District Judge:

**[DEFENDANTS' PROPOSED] VERDICT SHEET**

As the Jury, please answer the following questions in the order presented, **while carefully following the bold-type directions that accompany each question.**

{H5349208.1}                1

1. **Denial of the Right to a Fair Trial (42 U.S.C. § 1983)**: Did Plaintiff prove by a preponderance of the credible evidence each and every element of his denial of the right to a fair trial claim?

    Detective Terrell Irvine          NO _____    YES_____

    Patrol Officer Jacob Breen     NO _____    YES_____

2. **Malicious Prosecution (42 U.S.C. § 1983 & State Law)**: Did Plaintiff prove by a preponderance of the credible evidence each and every element of his malicious prosecution claim?

    Detective Terrell Irvine          NO _____    YES_____

    Patrol Officer Jacob Breen     NO _____    YES_____

> **IMPORTANT INSTRUCTIONS TO THE JURY:**
>
> If you answered "*NO*" to *all* parts of Questions 1 and 2, you must not answer any further questions and proceed to the section entitled "End of the Verdict Sheet" on Page 4.
>
> If you answered "*YES*" to *any* part of Questions 1 and 2 please proceed to answer Questions 3 and 4.

3. What amount, if any, do you award as compensatory damages to Plaintiff against Defendants connection with Plaintiff's claim?

    $_____

4. Do you find that Plaintiff is entitled to an award of punitive damages in connection with his claims under 42 U.S.C. § 1983 against:[1]

Detective Terrell Irvine          NO _____    YES_____

Patrol Officer Jacob Breen        NO _____    YES_____

> Please proceed to the section that is labeled "End of the Verdict Sheet," which is located on Page 4.

---

[1] Defendants respectfully submit that because there is no basis for a jury instruction on punitive damages based on the facts of this case, there is also no basis to include punitive damages on the Verdict Sheet.

{H5349208.1}                               3

<u>End of the Verdict Sheet</u>

You now have completed this Verdict Sheet. Please notify the Court Security Officer that a unanimous verdict has been reached.

_____          _____
                    DATE                                                              JURY FOREPERSON

> Please note, although you have reached the end of this verdict sheet, the Court *may* ask you to return to the jury room for additional deliberations regarding this matter.